**In re ACTIMMUNE MARKETING LITIGATION,**

**Deborah Jane Jarrett; Nancy Isenhower; Jeffrey H. Frankel; Zurich American Insurance Company; Linda K. Rybkoski, Plaintiffs,**

**and**

**Government Employees Health Association, Inc., Plaintiff–Appellant,**

**v.**

**InterMune Inc.; W. Scott Harkonen; Genentech Inc., Defendants–Appellees,**

**and**

**Connetics Corporation; Express Scripts, Inc., Defendants.**

**In re Actimmune Marketing Litigation,**

Deborah Jane Jarrett; Nancy Isenhower; Linda K. Rybkoski, Marl Perlmutter; Lisa Perlmutter, Trustees of the Joan M. Stevens Trust, Plaintiffs–Appellants,

and

Jeffrey H. Frankel; Zurich American Insurance Company; Government Employees Health Association, Inc., Plaintiffs,

v.

InterMune Inc.; W. Scott Harkonen; Genentech Inc., Defendants–Appellees,

and

Connetics Corporation; Express Scripts, Inc., Defendants.

Nos. 10–17237, 10–17239.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 29, 2011.

Filed Dec. 30, 2011.

Erin K. Flory, Reed R. Kathrein, Steve Berman, Hagens Berman Sobol Shapiro LLP, Seattle, WA, Peter Dexter St. Phillip, Jr., Lowey Dannenberg Cohen & Hart, P.C., White Plains, NY, Kristen Johnson Parker, David S. Nalven, Tom Sobol, Hagens Berman Sobol Shapiro LLP, Cambridge, MA, for Plaintiffs.

Simon J. Frankel, Esquire, Covington & Burling, LLP, Jeffrey G. Knowles, Esquire, Coblentz, Patch, Duffy & Bass, LLP, San Francisco, CA, Ethan Mark Posner, Esquire, Covington & Burling LLP, Kathleen Moriarty Mueller, Eric Shumsky, Rebecca K. Wood, Esquire, Sidley Austin LLP, Jessamyn Sheli Berniker,

George W. Hicks, Jr., Gerson Avery Zweifach, Esquire, Williams & Connolly LLP, Washington, DC, Mark E. Haddad, Sidley Austin LLP, Los Angeles, CA, for Defendants.

Before: THOMAS and CLIFTON, Circuit Judges, and EZRA, District Judge.*

MEMORANDUM **

Deborah Jane Jarrett et. al., along with third-party payor Government Employees Health Association, Inc., appeal the district court's dismissal of their proposed nationwide class action suit against InterMune, Inc., Dr. Scott Harkonen, and Genentech, Inc. Because the parties are familiar with the history of the case, we need not recount it here.

We affirm the judgment of the district court for the reasons set forth in the district court's orders. *See In re Actimmune Marketing Litig.*, 614 F.Supp.2d 1037 (N.D.Cal.2009) (*Actimmune I*); *In re Actimmune Marketing Litig.*, No. C 08–02376 MHP, 2009 WL 3740648 (N.D.Cal. Nov.6, 2009) (Patel, J.) (*Actimmune II*); *In re Actimmune Marketing Litig.*, No. C 08–02376 MHP, 2010 WL 3463491 (N.D.Cal. Sept.1, 2010) (Patel, J.) (*Actimmune III*).

**AFFIRMED.**

---

* The Honorable David A. Ezra, District Judge for the U.S. District Court for Hawaii, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.